**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**August 22, 2012**

**Elisabeth A. Shumaker**
**Clerk of Court**

KEITH RUSSELL JUDD,

    Plaintiff - Appellant,

v.

OKLAHOMA STATE ELECTION BOARD; SECRETARY OF STATE OF OKLAHOMA; STATE OF OKLAHOMA,

    Defendants - Appellees.

No. 12-7058
(D.C. No. 6:11-CV-00183-RAW)

_____

**ORDER**
_____

The captioned appeal was opened in error and is now administratively closed.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk